IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL J. BOWEN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. _____ ) |
| LARRY SEIBERS, in his individual capacity, ANTHONY J. ANDERSON, in his individual capacity, SHERIFF STEVE LAWSON, in his individual capacity, and BRADLEY COUNTY, TENNESSEE, | ) **JURY DEMAND –** ) **TWELVE/MAXIMUM JURORS** ) ) ) ) ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, by and through counsel, hereby give Notice of Removal of the above-styled case from the Circuit Court of Bradley County, Tennessee to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 and in so doing show as follows:

1. The above matter was filed in the Circuit Court of Bradley County, Tennessee on January 27, 2026 and styled, *Michael J. Bowen v. Larry Seibers, in his individual capacity, Anthony J. Anderson, in his individual capacity, Sheriff Steve Lawson, in his individual capacity, and Bradley County, Tennessee*, Case No. V-26-048. A copy of all process and pleadings filed in the Circuit Court of Bradley County, Tennessee is attached as **Exhibit 1**.

2. A copy of the summons and Complaint was served on all Defendants on January 30, 2026. Defendants are filing the instant Notice of Removal within thirty (30) days after receiving notice and service of the Complaint and, therefore, removal is timely.

3.  The above-styled case should be and is properly removed to this Court on the basis that the district court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because the asserted claims by Plaintiff arise out of the United States Constitution, treaties, or laws of the United States.

4.  In that respect, Plaintiff's claims and stated causes of action arise from an incident and event that is alleged to have occurred on January 30, 2025. Plaintiff alleges that his Constitutional rights as guaranteed by the Fourth Amendment of the Constitution of the United States were violated. Plaintiff has also asserted various other claims under the Fourth Amendment to include failure of bystander officers to intervene, and *Monell* claims against Bradley County, Tennessee for such violations. Plaintiff's federal claims are brought pursuant to 42 U.S.C. § 1983. Plaintiff further asserts and state law causes of action under the Tennessee Governmental Tort Liability Act, as well as claims for common law assault and battery.

5.  Plaintiff has made a claim for compensatory damages of at least $2 million, plus punitive damages for the claimed constitutional violations. Plaintiff also seeks attorney's fees and costs as provided by 42 U.S.C. § 1988 and seeks prospective and injunctive relief.

6.  This action is subject to removal pursuant 28 U.S.C. § 1441(a) because there is original jurisdiction for the claims arising under the United States Constitution and brought pursuant to the Fourth Amendment via 42 U.S.C. § 1983 .

7.  Venue in the Eastern District is proper pursuant to 28 U.S.C. § 1441(a) because such District embraces Bradley County, Tennessee, which is where the state court action was pending.

**WHEREFORE**, Defendants respectfully pray that this civil action be removed in its entirety from the Circuit Court of Bradley County, Tennessee to the United States District Court

for the Eastern District of Tennessee at Chattanooga, and that this Court assume full jurisdiction of this matter and take all further action being just and proper.

Respectfully submitted,

SPICER RUDSTROM, PLLC

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr. (BPR #019105)
*Attorney for Defendants*
537 Market Street – Suite 203
Chattanooga, TN 37402-1241
Telephone: (423) 756-0262
Facsimile: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing notice was served on:

H. Franklin Chancey, Esq.
**Chancey – Kanavos**
P. O. Box 42
Cleveland, TN 37364-0042
franklin@cklplaw.com

by email and by placing it in the United States Mail with sufficient postage thereto to carry it to its destination.

This 26th day of February, 2026.

SPICER RUDSTROM, PLLC

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr.